**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 28, 2023

**BY EMAIL**

The Honorable Victoria Reznik
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Dongxing Zheng, et al.*, No. 23 Cr. 612

Dear Judge Reznik:

    The Government writes respectfully to request that the Court unseal the Indictment, 23 Cr. 612, and related arrest warrants in the above-referenced case, as the defendants have been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Ryan W. Allison
    Jared Hoffman
    Assistant United States Attorneys
    Southern District of New York
    (914) 993-1953 / -1928

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.
Dated: 11/29/2023