UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

DONGXING ZHENG, et al.,

    Defendant.
--------------------------------------------------------x

23 Cr. 00612 (NSR)

**ORDER APPOINTING**
**LEARNED COUNSEL**

**NELSON S. ROMÁN, U.S.D.J.:**

    At the initial conference on December 8, 2023, the Court indicated that pursuant to 18 U.S.C. § 3005, it would request additional counsel ("learned counsel") for the defendants charged with offenses carrying a potential sentence of death. Having considered the recommendation of Jennifer Brown Attorney-in-Charge of the Federal Defenders of New York, the Court hereby appoints the following attorneys to serve as capital "learned counsel":

1. For defendant Wangchao He (02), (Elizabeth Macedonio, Lead Counsel), Mark DeMarco.

2. For defendant Jiangnan Lin (03), (Florian Miedel, Lead Counsel), Joshua Dratel.

3. For defendant Dong Liu (04), (Esereosonobrughue Onaodowan, Lead Counsel), John Diaz.

4. For defendant Sui Zhang (05), (Hugh Mo and Elizabeth Mo, Lead Counsel), Donald Yannella, III.

SO ORDERED.

Dated: White Plains, New York
       December 18, 2023

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023