| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ----------------------------------------------------------------X | **MEMORANDUM** <br> FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |

United States of America,

                Government                Judge :  **Victoria Reznik, U.S.M.J**

   -against-                                          Case Number:

                       Defendant(s) <br>
----------------------------------------------------------------X

TO:      **Honorable Nelson S. Román, United States District Judge**

      On _____ a Rule11 allocution was taken on consent of both parties before me pursuant to your Standing Order.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.

Dated: <br>
White Plains, New York

                                                    Respectfully Submitted,

                                                    _____ <br>
                                                    Victoria Reznik, USMJ