UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -against-

DONGXING ZHENG,

                    Defendant.

23 CR 612-01 (NSR)

RESCHEDULING ORDER

---

NELSON S. ROMÁN, U.S.D.J.:

      In light of the Government and Defense counsel's scheduling conflicts related to attending the Sentencing on June 13, 2025, **the Sentencing is rescheduled from June 13, 2025 until June 25, 2025 at 11:00 am, without objection by all parties, in Courtroom 218**.

Dated:   February 20, 2025
            White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025